IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  08-CV-22267 - KING

CRAIG TRAPP,

     Plaintiff,

vs.

OFFICER W. SANCHEZ, et al.

     Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Plaintiff's Supplement to Amended Complaint (DE #59), seeking to add the Miami-Dade Police Department as a defendant  and to reinstate a false arrest claim against Officer DeLaurentos.  On June 29, 2009, Magistrate Judge Patrick A. White issued a Report and Recommendation, recommending that the requested relief be denied and the Supplement be dismissed (DE #65).  After a careful review of the pleadings and legal authorities, this Court concludes that Judge White's Report contains well-reasoned recommendations.

Accordingly, it is **ORDERRED, ADJUDGED**, and **DECREED** that:

1.     Judge White's Report and Recommendation (DE #65) is hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2.     Plaintiff's Supplement to Amended Complaint (DE #59) is hereby **DISMISSED** and the relief requested therein is **DENIED.**

3.      Defendants' Motion to Strike the Supplement to Amended Complaint is **DENIED**

as **MOOT.** In accordance with Judge White's Recommendation, the Amended Complaint (DE #50), will continue to serve as the Operative Complaint.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 28 day of July, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**Cc:**
**Magistrate Judge Patrick A. White**

**Counsel for Plaintiff (pro se)**

Craig Bernard Trapp
No 500710768
G-21405
19562 SE Institutional Drive
Blountstown, FL 3424

**Counsel for Defendants**
Bridgette Nicole Thornton
Craig Edward Leen
Miami Dade County Attorney's Office
111 NW 1st ST, Suite 2810
Miami, FL 33128